*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 5/25/2018



# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| STEVEN COREY ROGERS | |
| SHARON ELIZABETH ROGERS | Case No. 3:18-bk-00661 |
| | **Chapter 13** |
| Debtors. | **Judge WALKER** |

## EXPEDITED ORDER GRANTING MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS AND DENYING MOTION TO MODIFY PLAN TO REDUCE PLAN PAYMENTS

This cause came before the Court on May 23, 2018 on the Debtors' Expedited Motion to Suspend Payments and Motion to Modify Plan. The Court grants the Motion to Suspend but denies the Motion to Modify Plan without prejudice. It is therefore:

ORDERED that the Plan payments shall be suspended for ninety (90) days from entry of the date of this order.

ORDERED that the Debtors Motion to Modify Plan is hereby denied without prejudice.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

Approved for Entry By:

/s/*L. G. Burnett, Jr.*
L. G. Burnett, Jr., TN BPR #006463
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtors*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.